IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | Case No. 25-CR-40013-JPG |
| ) | |
| **CLIFTON NAHSHON BROWN,** ) | |
| Defendant. ) | |

## ORDER SCHEDULING A DETENTION HEARING

**IT IS ORDERED** that a detention hearing is set as to the above-named defendant for **June 12, 2025 at 10:00 a.m.** before the Honorable Reona J. Daly, Magistrate Judge in Benton. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

**DATED:** June 10, 2025

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**